RECEIVED
AUG 24 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVEON DESHAUN McCULLOUGH | DOCKET NO. 15-CV-1851; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's second and successive petition for writ of habeas corpus is hereby **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631 and In re: Epps, 127 F.3d 364, 365 (5th Cir. 1997).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 21st day of August, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT